PER CURIAM.
Affirmed. See Jackson v. State, 522 So.2d 802, 807 (Fla.), cert. denied, 488 U.S. 871, 109 S.Ct. 183, 102 L.Ed.2d 153 (1988); State v. DiGuilio, 491 So.2d 1129 (Fla.1986); Simmons v. State, 551 So.2d 607 (Fla. 5th DCA 1989); Gilbert v. State, 547 So.2d 246, 249 (Fla. 4th DCA 1989), review denied, 557 So.2d 35 (Fla.1990); State v. Baker, 540 So.2d 847 (Fla. 3d DCA 1989); Fla.R.Crim.P. 3.380(c).